UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC. a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CETIS, INC., a Delaware corporation, and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | Civil Action No. 3:16 cv 01368<br><br>**CLASS ACTION** |

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR A TEMPROARY STAY OF FURTHER PROCEEDINGS ON THAT MOTION

Upon the accompanying Memorandum of Law, any further papers or argument to be submitted by Plaintiff at a subsequent date, and upon all prior pleadings, Plaintiff GORSS MOTELS, INC., by and through its undersigned counsel, hereby moves this Court for an order:

　　A.　　Taking this Motion under submission and deferring further activity on it until after the discovery cutoff date to be set in the Court's upcoming Rule 23 scheduling order, or alternatively;

　　B.　　Granting Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23.

Dated:  White Plains, New York
　　　　August 11, 2016

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/Aytan Y. Bellin
　　　　　　　　　　　　　　　　　　　　　　Aytan Y. Bellin ct28454


　　　　　　　　　　　　　　　　　　　　　　**BELLIN & ASSOCIATES LLC**

85 Miles Avenue
White Plaines, NY  10606
Phone: 914-358-5345
Fax: 212-571-0284
Aytan.Bellin@bellinlaw.com

Brian J. Wanca
Ryan M. Kelly
*(motions for pro hac vice admission to be submitted)*
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Facsimile:  847-368-1501
bwanca@andersonwanca.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on Defendant along with the summons and complaint.


                                  s/Aytan Y. Bellin