## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:16-CV-1368 (RNC)<br>)<br>) **CLASS ACTION** |
| v. | )<br>) |
| CETIS, INC., a Delaware corporation, and JOHN DOES 1-5, | )<br>)<br>) |
| Defendants. | ) |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Gorss Motels Inc., and Defendant, Cetis, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Gorss Motels, Inc. only, without prejudice as to the members of the putative class, each side to bear its own costs.

**Plaintiff, GORSS MOTELS, INC.:**

/s/ Ryan M. Kelly
Ryan M. Kelly (ct 30230)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500
rkelly@andersonwanca.com


/s/ Aytan Y. Bellin
Aytan Y. Bellin ( ct 28454)

**Defendant, CETIS, INC.:**

/s/ Joshua Briones
Joshua Briones
Esteban Morales
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles CA  90067
Telephone:  310-586-3200
jbriones@mintz.com
emorales@mintz.com

| | |
|---|---|
| BELLIN & ASSOCIATES<br>85 Miles Avenue<br>White Plains, NY 10606<br>Telephone: 914/345-5345<br>aytan.bellin@bellinlaw.com | s/ Keith P. Carroll<br>Keith P. Carroll<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO, P.C.<br>707 Summer Street<br>Stamford, CT  06901<br>Telephone: 203-388-8464<br>KPCarroll@mintz.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ryan M. Kelly